# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Neal David Sutz, | Case No. 25-cv-3810-ECT-EMB |
| Plaintiff, | |
| v. | **ORDER** |
| Michael James Lindell, Lauren Elena Witzke, Mike Lindell Media Corporation, | |
| Defendants. | |

The Complaint was filed in this matter on September 30, 2025 (Dkt. No. 1), and a Summons was issued as to Defendants Michael James Lindell, Lauren Elena Witzke, and Mike Lindell Media Corporation on October 14, 2025 (Dkt. No. 6). Plaintiff had to serve the Summons with a copy of the Complaint on Defendants within 90 days of filing—that is, by January 12, 2026—in a manner that comported with Federal Rules of Civil Procedure 4(e) and (h). *See* Fed. R. Civ. P. 4(m).

Plaintiff filed proofs of service (Dkt. No. 7), along with a motion asking the Court to "approve and validate" service (Dkt. No. 8). But this Court denied the motion upon finding that Plaintiff's filing "raises substantial questions regarding the sufficiency of service." (Dkt. No. 14 at 1.) Rather than addressing the service issues, Plaintiff simply refiled the same proofs of

service. (*See* Dkt. Nos. 16, 19.) The service remains insufficient: Service on individual Defendants Lindell and Witke is deficient under Rule 4(e), and service on Defendant Mike Lindell Media Corporation is deficient under Rule 4(h).

Given that Plaintiff has not filed proper proofs of service with the Court, the Court now orders Plaintiff to show cause as to why this action should not be dismissed, failing which the Court may recommend dismissal under Rule 4(m) for failure to prosecute.

## ORDER

Based on the foregoing, and on the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** on or before **February 3, 2026,** Plaintiff shall file a response showing cause as to why this action should not be dismissed due to Plaintiff's failure to serve the Complaint in compliance with Federal Rule of Civil Procedure 4, failing which the Court may recommend dismissal under Rule 4(m) for failure to prosecute.

Date: January 20, 2026

*s/Elsa M. Bullard*
ELSA M. BULLARD
United States Magistrate Judge