UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Neal David Sutz,                                     File No. 25-cv-3810 (ECT/EMB)

      Plaintiff,

v.                                                                          **ORDER**

Michael James Lindell, Lauren Elena
Witzke, and Mike Lindell Media
Corporation,

      Defendants.

_____

Plaintiff Neal David Sutz has filed a Motion to Dismiss his Complaint. ECF No. 21.

Defendants Michael James Lindell, Lauren Elena Witzke, and Mike Lindell Media

Corporation have not filed answers or a motion for summary judgment. *See* Dkt.

Construed as a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Mr.

Sutz's request for dismissal is effective as of right, and this action will be administratively

terminated.


Date:  February 9, 2026                    s/ Eric C. Tostrud_____
                                                              Eric C. Tostrud
                                                              United States District Court